```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                     CASE NO. 04 B 04037
       ALVINO R GARCIA
       ELLIE R GARCIA                          CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
                Debtor
       SSN XXX-XX-2122    SSN XXX-XX-0581
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/03/04 and confirmed on 05/18/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  46944.01 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 33462.10 | .00 | 33462.10 |
| ILLINOIS DEPT REVENUE | PRIORITY | 222.72 | .00 | 222.72 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL AUTO FINANCIA | UNSECURED | 3870.00 | .00 | 2137.90 |
| GROTHMAN CLINIC OF CHIRO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| TRANSPORT AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 9844.46 | .00 | 5438.38 |
| USA GROUP LOAN SERVICES< | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 32.55 | .00 | 17.98 |
| WACHOVIA DEALER SERVICES | FILED LATE | .00 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 33462.10 | 222.72 | 13747.01 | .00 | 47431.83 |
| PRINCIPAL PAID | 33462.10 | 222.72 | 7594.26 | .00 | 41279.08 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 33462.10 | 222.72 | 7594.26 | .00 | 41279.08 |

The Debtor's attorney, BRADLEY COVEY              , was allowed $   4408.50
and was paid $    606.00  direct and $   3802.50  through the plan.

The Trustee received $   1862.42 .

Refunds to the Debtor totaled $         .01 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE












                              PAGE   2
        CASE NO. 04 B 04037 ALVINO R GARCIA & ELLIE R GARCIA